## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WENDELLA SIGHTSEEING COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:17-cv-00388-S-LDA |
| vs. ) | |
| ) | |
| BLOUNT BOATS, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF, WENDELLA SIGHTSEEING COMPANY, INC.'S, MOTION TO REMAND

NOW COMES Plaintiff, Wendella Sightseeing Company, Inc., through counsel, and hereby moves this Honorable Court, pursuant to 28 U.S.C. § 1447(c), for an Order remanding Plaintiff's Miscellaneous Petition to Vacate Arbitrators' Award to the Providence County Superior Court of Rhode Island. In support of its Motion to Remand, Plaintiff relies upon a Supporting Memorandum of Law filed contemporaneously herewith.

### REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE CV 7(e)

Plaintiff hereby requests oral argument on its Motion. Plaintiff estimates no more than thirty (30) minutes would be necessary.

WENDELLA SIGHTSEEING COMPANY, INC.
By its Attorneys,

*/s/ Paul S. Callaghan*
Paul S. Callaghan, Esq. #4931
J. David Freel, Esq., #7977
HIGGINS, CAVANAGH & COONEY, LLP
10 Dorrance Street, Suite 400
Providence, RI 02903
(401) 272-3500
(401) 273-8780 (fax)
pcallaghan@hcc-law.com
dfreel@hcc-law.com

and

/s/ Stuart P. Krauskopf
Stuart P. Krauskopf, *Pro Hac Vice*
Krauskopf Kauffman, P.C.
414 North Orleans Street, Suite 210
Chicago, IL 60654
(312) 377-9592
(312) 264-5618 (fax)
stu@stuklaw.com

### CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to the following counsel of record on this 28th day of August 2017:

Robert M. Duffy, Esquire
DUFFY & SWEENEY, LTD
One Financial Plaza, Suite 1800
Providence, RI 02903

/s/ Angela M. DiCarlo